654 A.2d 527

**FRENCH & PICKERING CREEKS CONSERVATION TRUST, INC., and Lester Schwartz**

v.

**Augustine NATALE, Kathleen Natale, Ronald Natale and Janet Natale, Appellants.**

Supreme Court of Pennsylvania.

Argued Jan. 25, 1995.

Decided Feb. 14, 1995.

Thomas A. Fosnocht, Jr., West Chester, for Augustine, Kathleen, Ronald and Janet Natale.

Robert J. Sugarman, Philadelphia, for French & Pickering Creeks Conservation Trust, Inc., et al.

Before NIX, C.J., and FLAHERTY, ZAPPALA, CAPPY, CASTILLE and MONTEMURO, JJ.

## ORDER

PER CURIAM:

Appeal dismissed as having been improvidently granted.

MONTEMURO, J., is sitting by designation.